2007–0096.   **State ex rel. Burns Internatl. v. Smith.**
Franklin App. No. 05AP–488, 2006-Ohio-6731.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1930.   **State ex rel. Cherryhill Mgt., Inc. v. Indus. Comm.**
Franklin App. No. 05AP–953, 2006-Ohio-4628.